**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAREN FLANAGAN,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-4211** |
| | : | |
| **PIERRE LE MAHN, MENAKA** | : | |
| **GOPINATH, AND PROJECT** | : | |
| **MANAGEMENT INSTITUTE,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 16th day of March, 2026, upon consideration of Plaintiff's Motion for

Partial Summary Judgment (ECF No. 21) and the responses thereto, it is hereby **ORDERED** that

the motion is **DENIED**.

BY THE COURT:

_____

Hon. Mia R. Perez